Jason R. Hull [11202]
jhull@mohtrial.com
Anikka T. Hoidal [16489]
ahoidal@mohtrial.com
**MARSHALL OLSON & HULL, PC**
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Tel: (801) 456-7655

*Attorneys for Plaintiff*

*Admitted Pro Hac Vice

Aaron Siri*
aaron@sirillp.com
Elizabeth A. Brehm*
ebrehm@sirillp.com
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Ste 500
New York, NY 10151
Tel: (888) 747-4529

Michael Connett*
mconnett@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
Tel: (888) 747-4529

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| BRIANNE DRESSEN,<br><br>　　Plaintiff,<br><br>v.<br><br>ASTRAZENECA AB; ASTRAZENECA PHARMACEUTICALS LP; and VELOCITY CLINICAL RESEARCH, INC.,<br><br>　　Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VELOCITY CLINICAL RESEARCH, INC.**<br><br>Case No: 2:24-cv-00337-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Brianne Dressen gives notice that the above-captioned action is voluntarily dismissed as against defendant Velocity Clinical Research, Inc. without prejudice.

　　This notice of dismissal is for Velocity Clinical Research, Inc. only. It is not intended to affect the claims of or against any other party to this action.

1

Dated this 7th day of August, 2024.

        **SIRI & GLIMSTAD LLP**

By: <u>*Michael Connett*</u>
     Aaron Siri*
     Elizabeth A. Brehm*
     Michael Connett*

*Admitted Pro Hac Vice*

**MARSHALL OLSON & HULL, PC**

     Jason R. Hull
     Anikka T. Hoidal
     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August 2024, I caused a copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VELOCITY CLINICAL RESEARCH, INC.** to be filed via the court's CM/ECF system, which transmitted notice of such filing to all counsel of record.

/s/ Anikka T. Hoidal