# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIANNE DRESSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRAZENECA AB; ASTRAZENECA PHARMACEUTICALS LP; and VELOCITY CLINICAL RESEARCH, INC.,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION TO PERMIT PLAINTIFF TO FILE A SUR-REPLY TO ASTRAZENECA DEFENDANTS' MOTION TO DISMISS**<br><br>Case No: 2:24-cv-00337-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Based upon the Stipulated Motion to Permit Plaintiff to File a Sur-reply to AstraZeneca Defendants' Motion to Dismiss [ECF No. __] submitted by the parties, IT IS HEREBY ORDERED that plaintiff Brianne Dressen has up to and including September 6, 2024 to file a ten-page sur-reply to defendants AstraZeneca AB and AstraZeneca Pharmaceuticals LP's motion to dismiss [ECF No. 24] in the above-referenced matter.

DATED this __ day of August 2024.

BY THE COURT:

_____
Honorable Robert J. Shelby